THE PENNSYLVANIA RAILROAD COMPANY, APPELLANT,
    v.    BOARD    OF    PUBLIC    UTILITY    COMMISSIONERS,
    RESPONDENT.

Submitted March 24, 1913—Decided June 18, 1913.

On error to the Supreme Court, whose opinion is reported in
54 *Vroom* 67.

For the appellant, *Vredenburgh, Wall & Carey.*

For the respondent, *Frank H. Sommer.*

PER CURIAM.

The judgment under review will be affirmed, for the reasons set out in the opinion delivered by this court, at the present term, in the case of *D., L. & W. R. R. Co.* v. *Public Utility Board, ante p.* 619.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, SWAYZE, VOORHEES, KALISCH, BOGERT, CONGDON, WHITE, TERHUNE, JJ.  10.

*For reversal*—None.